**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000087
23-MAY-2025
08:23 AM
Dkt. 22 ORD**

NO. CAAP-25-0000087

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GUILLERMO M. CANLAS, Plaintiff-Appellant, v.
DR. BRANDON W. LEE, M.D.; DR. WORLDSTER S. LEE, M.D.;
ERIN MURAOKA, R.N.; CATARACT AND VISION CENTER OF HAWAII;
DR. MARINA A. BADUA, M.D.; DR. MARINA A. BADUA, M.D., INC.,
Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE
CORPORATIONS 1-20; DOE NON-PROFIT CORPORATIONS 1-20;
DOE GOVERNMENTAL ENTITIES 1-20; and DOE ENTITIES 1-20,
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0000081)


ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Appellant's Ex Parte Motion to Apprise the Court of Payment, which the court construes as a motion for reconsideration of the Order Dismissing Appeal, filed May 15, 2025, and for relief from default of the record on appeal, filed May 18, 2025, by self-represented Plaintiff-Appellant Guillermo M. Canlas (**Canlas**), the papers in support, and the record,[1]

---

[1] It is not clear why Canlas, a licensed attorney in Hawaiʻi, did not correct the record when the Clerk of the Circuit Court of the First Circuit (**circuit court clerk**) filed the April 15, 2025 declaration stating the filing fees had not been paid, or bring it to this court's attention by filing a motion for relief from the April 24, 2025 default notice. See Hawaiʻi Rules
(continued...)

IT IS HEREBY ORDERED that the motion is granted and the appeal is reinstated.  See HRAP Rules 26(e), 40.

IT IS FURTHER ORDERED that, within thirty-five days from the date of this order, the circuit court clerk shall filed the record on appeal.

IT IS FURTHER ORDERED that the appellate clerk shall serve a copy of this order on the circuit court clerk.

DATED: Honolulu, Hawaiʻi, May 23, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

---

[1](...continued)
of Appellate Procedure (**HRAP**) Rules 10(e)(1) ("If any differences arise as to whether the record truly discloses what occurred in the court . . . appealed from, the differences shall be submitted to and settled by that court . . . and the record made to conform to the truth."); 11(a) ("After the filing of the notice of appeal, the appellant . . . shall take any other action necessary to enable the clerk of the court . . . appealed from to assemble and transmit the record."); 26(e) (authorizing the appellate court to grant relief from default).